```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :    CRIMINAL ACTION
                            :    NO. 12-112-01
     v.                     :
                            :
PATRICIA MCGILL             :
```

# O R D E R

**AND NOW**, this **11th** day of **September, 2015**, for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant McGill's motion to plead nolo contendere or make an <u>Alford</u> plea as to Count One of the indictment charging conspiracy to commit healthcare fraud (ECF No. 326) is **DENIED**.

```
                    /s/ Eduardo C. Robreno_
                    EDUARDO C. ROBRENO, J.
```