```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :    CRIMINAL ACTION
                             :    NO. 12-112-01
     v.                      :
                             :
PATRICIA MCGILL              :
```

**O R D E R**

**AND NOW,** this **11th** day of **January, 2016,** for the reasons stated on the record during the hearing held on January 8, 2016, it is hereby **ORDERED** as follows:

1. The Government's motion in limine to admit tape recordings and transcripts (ECF No. 306), as amended (ECF No. 371) is **GRANTED,** the parties having stipulated that the requirements of United States v. Starks, 515 F.2d 112 (3d Cir. 1975), are satisfied, and subject to the specific reservations raised by defense counsel, which she may explore during cross-examination and in argument at trial.

2. The Government's motion in limine for a determination that exhibits are business records under Federal Rule of Evidence 803(6) and that summaries of business records are admissible pursuant to Federal Rule of Evidence 1006 (ECF No. 307) is **GRANTED** subject to the conditions stated on the record during the hearing.

3. The Government's motion in limine to preclude assertion of a public authority defense or an entrapment by

estoppel defense (ECF No. 381) is **GRANTED** as to the public authority defense and **DENIED** as to the entrapment by estoppel defense.

    4.   Defendant's motion to compel discovery (ECF No. 369) is **DENIED** as moot.

    5.   Defendant's motion to dismiss Counts 2-14 of the Indictment as violative of due process rights under the void for vagueness doctrine, or in the alternative a motion in limine to properly define the hospice regulation to the jury (ECF No. 380) is **DENIED**.

    **AND IT IS SO ORDERED.**


                                            /s/ Eduardo C. Robreno
                                            **EDUARDO C. ROBRENO,   J.**