IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 12-112-01 |
| v. | : | |
| | : | |
| PATRICIA MCGILL | : | |

O R D E R

**AND NOW**, this **13th** day of **May, 2016**, upon consideration of Defendant's Renewed Motion for Judgment of Acquittal (ECF No. 428) and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion is **DENIED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**